**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6662

MICHAEL HITT,

Plaintiff - Appellant,

versus

AMY ENBE, Head Nurse-Technician at Perry
Correctional Institution; STEPHEN CLAYTOR,
Associate Warden of Perry Correctional
Institution, sued for injunction officially
and damages in individual capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston. Terry L. Wooten, District Judge.
(2:04-cv-21999-TLW)

Submitted: January 7, 2008          Decided: January 17, 2008

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeffrey W. Newman, Dowse B. Rustin, IV, NELSON, MULLINS, RILEY &
SCARBOROUGH, LLP, Greenville, South Carolina, for Appellant.
Steven M. Pruitt, MCDONALD PATRICK BAGGETT POSTON & HEMPHILL,
L.L.P., Greenwood, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hitt appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hitt v. Enbe</u>, No. 2:04-cv-21999-TLW (D.S.C. Mar. 22, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>